UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CREATIVE MOBILE, O.U., | Case No. 12-cv-03581 NC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | Re: Dkt. No. 9 |
| LODSYS GROUP, LLC, | |
| Defendant. | |

The parties filed a joint stipulated request to extend the existing ADR deadlines and to continue the case management conference. That request is GRANTED with the addition that the parties must consent or decline to the jurisdiction of a United State Magistrate Judge by December 12, 2012 at 5:00 p.m. The revised dates are as follows:

| | |
|---|---|
| November 12, 2012 | Last day for Defendant to file its Answer; |
| November 19, 2012 | Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; <br> Last day to file ADR Certification signed by the parties and counsel; <br> Last day to file either stipulation to ADR process or Notice of Need for ADR phone conference; |

//

Case No. 12-cv-03581 NC
ORDER CONTINUING CASE
MANAGEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | December 7, 2012 | Last day to file Rule 26(f) report, complete initial disclosures or state objection in Rule 26(f) report, and file Case Management Statement; |
| 2 | December 12, 2012 | Last day to consent or decline to the jurisdiction of a magistrate judge; |
| 3 | December 19, 2012 | Case management conference at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. |

IT IS SO ORDERED.

Date: November 8, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 12-cv-03581 NC
ORDER CONTINUING CASE
MANAGEMENT CONFERENCE                2