1  CRAIG C. DANIEL (212588)
   DAVID T. WEI (230729)
2  AXCEL LAW PARTNERS LLP
   4 Embarcadero Center, 14th Floor
3  San Francisco, CA 94111
   Telephone      415-704-8800
4  Facsimile      415-704-8804
   Email          cdaniel@ax-law.com
5

6  Attorneys for Defendant Lodsys, LLC

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 CREATIVE MOBILE, O.U.,              Case No.   C 12-03581 NC

                Plaintiff              **NOTICE OF DISMISSAL WITH PREJUDICE
13                                     AND [PROPOSED] ORDER**
         v.
14
   LODSYS GROUP, LLC,
15
                Defendant
16

17

18 Plaintiff Creative Mobile, O.U. and Defendant Lodsys, LLC, by and through their counsel, hereby

19 state as follows:

20      1.    All claims and counterclaims asserted in this action by and between Plaintiff

21 Creative Mobile O.U. and Defendant Lodsys Group, LLC have been settled.

22      2.    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Creative Mobile O.U hereby

23 notifies the Court of its dismissal of all claims in this action between Plaintiff Creative Mobile O.U

24 and Defendant Lodsys Group, LLC, <u>with prejudice</u> and with each party to bear its own costs,

25 expenses, and attorneys' fees.

26

27

28

NOTICE OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

3.   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this notice of dismissal is being filed before Defendant Lodsys Group, LLC has served an answer or a motion for summary judgment.

Respectfully submitted,

Dated: November 12, 2012    KB ASH Law Group

*/s/ Benjamin Ashurov*
Benjamin Ashurov
Attorney for Plaintiff Creative Mobile, O.U.

Dated: November 12, 2012    AXCEL LAW PARTNERS LLP

*/s/ David T. Wei*
David T. Wei
Attorney for Defendant Lodsys Group, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 13, 2012    By: [signature]
~~HON. NATHANIEL COUSINS~~
Nathanael M. Cousins
United States Magistrate Judge

NOTICE OF DISMISSAL WITH PREJUDICE AND ~~[PROPOSED]~~ ORDER